# UNITED STATES BANKRUPTCY COURT

## Western District of Kentucky

| | |
|---|---|
| IN RE:<br>Rust of Kentucky, Inc.<br><br><br>Debtor(s) | Case No.:10–10271<br><br>Chapter: 11<br>Judge: Joan A. Lloyd |

# NOTICE OF HEARING

TO THE DEBTOR(S) AND ALL PARTIES IN INTEREST:

PLEASE TAKE NOTICE that a hearing will be held in the above–referenced case as listed below to consider and act upon the matters listed below and transact other business as may properly come before the Court:

Notice Rescheduling the Hearing presently scheduled for August 19, 2010 regarding Motion to Incur Post Petition Indebtedness. Filed by Debtor Rust of Kentucky, Inc. [109]. ANY OBJECTION TO THE MOTION HEREIN SHALL BE FILED WITH THE COURT NO LATER THAN SEVEN DAYS PRIOR TO THE DATE OF HEARING. Hearing scheduled for 8/10/2010 at 10:00 AM (Eastern Time) at Courtroom #1, 5th Fl. (7th St. Elevators), 601 West Broadway, Louisville, KY 40202. ANY PARTY WISHING TO APPEAR BY VIDEO CONFERENCE AT ONE OF THE VIDEO CONFERENCE SITES IN THE WESTERN DISTRICT MUST CONTACT THE COURT BY PHONE NO LATER THAN TWO BUSINESS DAYS PRIOR TO THE SCHEDULED HEARING. cc: Matrix (Rupe, B)

PLEASE TAKE ADDITIONAL NOTICE that should a continuance of the hearing be necessary for good cause shown, the movant shall request the continuance in writing, with notice to all parties in interest, no later than seven (7) days prior to the scheduled hearing.

Dated: 7/19/10

|  | FOR THE COURT |
|---|---|
| By: bc | Diane S. Robl |
| Deputy Clerk | Clerk, U.S. Bankruptcy Court |