# UNITED STATES BANKRUPTCY COURT

## Western District of Kentucky

| | |
|---|---|
| IN RE:<br>Rust of Kentucky, Inc. | Case No.:10–10271 |
| Debtor(s) | Chapter: 11 |

## NOTICE FOR OBJECTIONS

This matter comes before the Court regarding item(s) listed below:

*117* – Application for Compensation and Reimbursement of Expenses as a Chapter 11 Administrative Expense for Harned Bachert & McGehee PSC, Debtor's Attorney, Period: 2/5/2010 to 6/30/2010, Fee: $29,995.50, Expenses: $1758.05.. Filed by Attorney Scott A. Bachert (Attachments: # (1) Exhibit # (2) Exhibit Bios# (3) Proposed Order) (Bachert, Scott)

and the Court being sufficiently advised,

IT IS HEREBY ORDERED that objections, if any, be filed with the Clerk of the U.S. Bankruptcy Court on or before August 18, 2010.

All objections shall by typewritten and in proper pleading form as required by the Federal Rules of Bankruptcy Procedure and you shall certify that you have mailed a copy of the objection to the Attorney for the debtor.

A copy of said pleading is available for inspection and/or copying in the Clerk's Office.

A copy of this notice shall be mailed to the debtor(s), counsel for the debtor(s), the U.S. Trustee and to all scheduled creditors and parties in interest.


Dated: 7/28/10

By: dh  
Deputy Clerk

FOR THE COURT  
Diane S. Robl  
Clerk, U.S. Bankruptcy Court